AUSA: Janet L. Parker   Telephone: 989-895-5712

Special Agent  : John Ross   Telephone: (313) 226-0543

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America,

Plaintiff,

v.

IRENE MARIA MARTINEZ GONZALES, ET AL

Defendant(s).

Case: 1:15-mj-30539
Judge: Morris, Patricia T.
Filed: 11-18-2015 At 11:14 AM
in re: Sealed Matter (krk)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about the date(s) of January 2012 to present, in the county of Huron in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC §1324(a)(1)(A)(v)(I) and (B)(1). | Conspired with others for commercial advantage and private gain to unlawfully transport, harbor and shield from detection one or more aliens, knowing and in reckless disregard of the fact that the aliens had come to, entered or remained in the United States in violation of the law, in violation of 8 USC §1324(a)(1)(A)(v)(I) and (B)(1). |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

John Ross, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: November 18, 2015

_____
Judge's signature

City and state: Bay City, Michigan

Patricia T. Morris, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, John D. Ross, being duly sworn, depose and state:

1.     I am a Special Agent of Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) of the United States Department of Homeland Security. I have been a Special Agent with the Detroit office since the inception of ICE in March of 2003. I previously served as a Special Agent and Immigration Inspector with the legacy Immigration and Naturalization Service, beginning in September of 1991. I successfully completed the Immigration Officers Basic Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia. My duties include investigating worksite violations involving employers of aliens who are unauthorized to work in the U.S. This affidavit is based upon my personal observations, investigation and experience, or by information that has been provided to me by other law enforcement authorities.

2.     This affidavit is made in support of a criminal complaint regarding Irene Maria Martinez Gonzales, Tina Frost, William Carlson, and Melissa Rodriguez who, for their own private financial gain and for the commercial advantage of others, conspired with each other and various farm owners and operators to violate 8 USC 1324(a)(1)(A)(ii) and (iii) in that Irene Maria Martinez Gonzales, Tina Frost, William Carlson and Melissa Rodriquez and others conspired to unlawfully transport, harbor and shield from detection one or more aliens, knowing and in reckless disregard of the fact that the aliens had come to,

1

entered or remained in the United States in violation of the law, all in violation of 8 USC §1324(a)(1)(A)(v)(I) and (B)(1).

3. In January of 2012, I received information from another law enforcement agency indicating that Martinez Gonzales supplied Huron and Tuscola area farms with illegal alien workers. Martinez Gonzales reportedly would transport the illegal aliens to the farms to obtain work and thereafter help the illegal workers cash their paychecks at a local bank, send wire transfers of funds, and shop for necessities – all for a fee. This information was confirmed through subsequent investigation, as discussed below.

4. Based on my review of records obtained during this investigation, between February of 2008 and June of 2014, Martinez Gonzales sent more than 90 MoneyGram wire transfers totaling over $34,000. During a five-month period in 2013, Melissa Rodriguez conducted 10 MoneyGram transactions totaling more than $7,900 using Martinez Gonzales' home address on the paperwork for the wire transfers. Most of the money wire transferred by Martinez Gonzales and Rodriquez went to countries located south of the United States' border.

5. As part of the investigation, on May 22, 2013, ICE agents executed criminal search warrants at dairy farms in Ruth and Cass City, Michigan and associated "stash houses" where the workers lived. Of the eighteen employees who were found during the searches, fifteen were illegal aliens who lived and worked on the rural farms. The illegal aliens and lawful workers on site were all

2

interviewed. The interviews confirmed that Martinez Rodrigues provided services to illegal workers as described above. The illegal workers needed such assistance to leave the farms, take care of their own needs and the needs of their fellow illegal workers, and return safely to the farms where they lived and worked because, due to their illegal status, they could not get valid Michigan driver's licenses. The illegal workers indicated that Martinez Gonzales became increasingly involved in providing many of those services after a different person who provided the same services was stopped by a law enforcement officer while driving several illegal alien workers earlier in 2013.

6.     Cellular telephones belonging to several of the legal and illegal workers were seized during the execution of the search warrants on May 22, 2013 at the Ruth and Cass City dairies, including a cellular telephone belonging to the manager of one of the dairies. On April 27, 2013, the manager sent a text to the farm owner, stating "Maria will take three guys this afternoon to the Mexican store in Imlay City to cash their checks and groceries. Bernado, Juan and George. Is that ok with you..?" The farm owner responded "Ok." Additionally, Martinez Gonzales' telephone number was saved as "Maria" in both the farmer's and the farm manager's cellular telephone contacts list. Telephone toll records reveal that there were four calls between the farm owner and Martinez Gonzales between May of 2011 and August of 2012, and 18 calls between Martinez Gonzales and the farm manager between April and August of 2013.

3

7.      In November of 2013, an alien made a recorded call to Martinez Gonzales from the Huron County Jail in Bad Axe, Michigan and asked for her help in getting a job and identification documents.  The alien explained that the alien was being released from the jail after serving a sentence for having re-entered the United States after having been deported previously.  Martinez Gonzales agreed to transport the alien from the jail to a dairy farm in Harbor Beach, Michigan for $50, to be paid after the alien received a paycheck.  Martinez Gonzales made arrangements for Melissa Rodriguez to pick-up the alien from the jail and to wait with the alien until Martinez Gonzales could join them.  While the alien and Rodriguez were waiting for Martinez Gonzales to arrive, there was very little, if any, verbal communication between the Spanish-speaking alien and Rodriguez, apparently because Rodriguez did not speak Spanish.

8..      Later that day, Martinez Gonzales and Rodriquez transported the alien to a farm where the alien could live and work.  The alien overheard Martinez Gonzales tell the farm's manager that the alien had been jailed for six months because the alien had been deported before.  Martinez Gonzales also told the farm manager that the alien did not have identity papers, and made reference to a similar situation involving someone else that she knew was working on that farm manager's farm.  Martinez Gonzales assured the alien that the alien did not need identification documents to work where she was going to place the alien.  Martinez Gonzales instructed the alien to call her if the alien needed a ride somewhere or

4

had to go shopping.  She also said that she might send a man to provide transportation for the alien as well.  Martinez Gonzales told the alien that she lived off of the money she made from transporting people.

9.      In December of 2013, an ICE Under Cover Agent (UCA) made telephone calls to Martinez Gonzales and spoke with her in Spanish.  Martinez Gonzales said that for $500, she would transport the UCA from Toledo to a place in Michigan where the UCA could live and work.  Martinez Gonzales told the UCA that everyone works without papers.  She explained that false documents could be obtained from a man who visits the farms for that purpose.  She added that she would take the UCA to a place where the UCA's paychecks could be cashed without identification documents.  Martinez Gonzales declined to transport the UCA to Michigan at that time because of the winter weather conditions.  Consequently, in the spring of 2014, Martinez Gonzales told the UCA that she would send her daughter to transport the UCA from Toledo to Michigan.  Martinez Gonzales said that the UCA would have to pay her daughter for the transportation and herself for placement at a farm.  I have learned during this investigation that Tina Frost was previously married to one of Martinez Gonzales' sons, making Frost an ex-daughter-in-law to Martinez Gonzales.

10.     In May of 2014, William Carlson, accompanied by Tina Frost, met the UCA in Toledo and transported the UCA to a dairy farm in Harbor Beach, Michigan.  While in route, Frost told the UCA that she had been transporting

5

people for Martinez Gonzales for seven to eight years and that sometime in the past year she had recruited Carlson to do the same for Martinez Gonzales.

11. The UCA expressed concern about working at the farm without identity documents. Carlson said that he thought that the other workers at the farm where they were going did not have papers either. Frost said that Martinez Gonzales could explain how that worked. Frost also said that she, Carlson, or Martinez Gonzales would pick-up the UCA each payday and cash the UCA's paychecks. If the UCA needed groceries, to send money, or do anything else, they would help for a fee of around $40.

12. When Frost, Carlson and the UCA arrived at the dairy farm, the farm manager had a telephone conversation with Martinez Gonzales regarding the transportation fee that the UCA owed Martinez Gonzales and Frost. The manager later told the UCA that fraudulent documents could be obtained for $200.

13. Several days later, the UCA called Martinez Gonzales and told her that the UCA had been arrested and turned over to Border Patrol. The UCA said that the UCA was released on bond in Detroit and waiting for a deportation hearing in immigration court. The UCA asked Martinez Gonzales if she would transport the UCA from Detroit to a place where the UCA could work. Martinez Gonzales said that she would see if the persons who transported the UCA before could do so again. The UCA asked if there would be a problem because the UCA did not have identity papers. Martinez Gonzales said, "You will have to get some paper…some

6

identification or something so that you can get paid, even if it's fake, right? The UCA asked Martinez Gonzales if she could help get identity documents. Martinez Gonzales replied, "The same guys at the ranch there know what you should do and they can help you. … I'm just in charge of taking them to get food, pick them up and take them around … from one ranch to the other … that's the only thing I do."

14. The next day, Carlson and Frost met the UCA in Detroit and headed north. A Michigan State Police Trooper stopped the car in which the three were riding and called ICE agents to the scene. After being advised of their rights, Carlson and Frost admitted to the ICE agents that Martinez Gonzales had arranged for them to transport the UCA to a farm and that they had received $250 from the UCA for doing so.

15. Carlson also told the ICE agents that Martinez Gonzales transports and arranges for the transportation of alien workers to wherever the aliens need to go. He said that he had been transporting people for Martinez Gonzales since October or November of 2013, explaining that Frost had recruited him after she wrecked her own car. Carlson said that he and Frost drive workers from farms to doctor's appointments, places where they can cash paychecks, shopping places, and between farms. He also said that he and Frost have taken workers to the Mexican consulate in Detroit. Carlson explained that during some weeks he would do three jobs and make $200 or $300. Carlson added that Martinez Gonzales usually would get some of the money paid by the people that he transported

7

because Martinez Gonzales made the arrangements for the transportation services.

16. In April of 2015, ICE agents re-interviewed Frost. Frost said that over the last six years or so she had helped her former mother-in-law, Martinez Gonzales, transport Hispanic male farm workers on numerous occasions for money. Frost discussed picking-up aliens from the Greyhound bus station in Detroit for $100 per trip, taking workers to the doctor's office or the store for $20 to $30, and taking workers to immigration hearings in Detroit for $150 to $200. Frost added that she had picked-up alien workers in Ohio several times, sometimes doing so with Martinez Gonzales, sometimes by herself, and sometimes with Carlson. Martinez Gonzales got part of the fees that the aliens were charged for those trips. Frost eventually admitted that Martinez Gonzales paid her $10 to $20 to help the illegal workers to send MoneyGrams and to cash their paychecks.

17. In August of 2014, a confidential informant (CI), talked to Martinez Gonzales and was told that if the CI transported illegal aliens from Texas to Michigan, Martinez Gonzales would find the aliens places to live and work on the seventeen farms that she serviced. Martinez Gonzales explained that the farm operators routinely contacted her to let her know how many workers they needed.

18. Also in August of 2014, a different CI told Martinez Gonzales about having recently purchased fraudulent documents and asked for help in finding work. Martinez Gonzales told the CI that a farm in Deckerville would hire the CI right away.

8

19.     Based on my training and experience, I know that illegal aliens and employers of illegal aliens are willing to pay for the transportation and job placement services provided by Irene Maria Martinez Gonzales, Melissa Rodriguez, Tina Frost and William Carlson because the arrangement is mutually beneficial.  The illegal aliens want transportation and placement services because the aliens fear detection and deportation if they use public transportation.  The illegal workers do not have valid drivers' licenses and other valid identification, which makes it difficult for them to travel to the farms where they can obtain both work and housing from the farm owners and operators.  The employers benefit because they obtain the services of the illegal aliens who are transported to their farms by Martinez Gonzales, Rodriguez, Frost and Carlson.  Farm owners and operators often find that illegal workers are much more willing to do the hard work required to obtain the low wages paid by the farms then legal workers.

20.     I also know, based on my training, experience and commonsense, that the lack of valid identification makes it difficult to impossible for the illegal aliens to function outside of the farms where they work.  By transporting the alien workers to places where the aliens' paychecks can be cashed, taking the aliens on shopping trips, helping the aliens wire transfer part of their earnings to their home countries, and then returning the workers to the farms where they are housed and employed, Martinez Gonzales, Carlson, Frost, and Rodriguez help shield the illegal aliens from detection by law enforcement and immigration authorities, and enable

9

the employers to harbor the illegal aliens. As a result, the farm owners and operators are better able to retain the services of the illegal aliens in their workforce.

21. Based on my familiarity with the evidence gathered during the investigation in this case, I submit that there is reason to believe that Irene Maria Martinez Gonzales, Tina Frost, William Carlson, and Melissa Rodriguez, and the owners or operators of the farms that house and employ alien workers, know that the workers are illegal aliens. As described above, the illegal aliens travel by means of private rather than public transportation, and usually arrive without the identity documents required for legal employment in the United States. Many are not able to communicate in English and want to wire transfer part of their paychecks to others. At various times the aliens discuss with the members of the conspiracy the need to get identity documents, their past problems with immigration authorities, or the need to appear at deportation hearings in Detroit. In addition, some of the workers are willing to pay significant fees to be transported to the Mexican consulate by members of the conspiracy.

22. Based on all of the above, I submit that there is probable cause to believe that Irene Maria Martinez Gonzales, Tina Frost, William Carlson, and Melissa Rodriguez, for their own private financial gain and for the commercial advantage of others, conspired with each other and various farm owners and operators to unlawfully transport, harbor and shield from detection one or more

10

aliens, knowing and in reckless disregard of the fact that the aliens had come to, entered or remained in the United States in violation of the law, all in violation of 8 USC §1324(a)(1)(A)(v)(I) and (B)(1).  I therefore ask that a criminal complaint charging Irene Maria Martinez Gonzales, Tina Frost, William Carlson, and Melissa Rodriguez with that offense be authorized and that arrest warrants for Irene Maria Martinez Gonzales, Tina Frost, William Carlson, and Melissa Rodriguez be issued.

_____
John D. Ross, HSI Special Agent


Sworn to before me on November 18, 2015

_____
Magistrate Judge Patricia T. Morris

AUSA Janet Parker

11